UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                              **PLAINTIFF**
*ADC #096304*

v.                              CASE NO. 4:23-CV-00304-BSM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS,**
**Pine Bluff Division,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE